**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| United States of America<br>v.<br>Ryan Harding | No. 3:14-cr-00226 (MPS) |

**RULING ON DEFENDANTS' MOTION TO REVISE RESTITUTION ORDER**

The Court has considered carefully the defendant's motion to revise restitution order (ECF No. 123), the Government's brief in opposition (ECF No. 125), and the Defendant's reply (ECF No. 126). The Court has also reviewed Judge Meyer's thoughtful opinion in *United States v. Ferraioli*, 2019 WL 4919390 (D. Conn. Oct. 4, 2019) and the Second Circuit's opinion in *United States v. Kyles*, 601 F.3d 78, 87 (2d Cir. 2010) regarding the prohibition against a judge's delegating restitution adjustments to the BOP. Finally, the Court has considered the reality that the current situation, in which the defendant is making no restitution payments under the inmate fiscal responsibility program ("IFRP"), harms the victims in this case. Accordingly, while the Court agrees with the Government and Judge Meyer that it is permissible for the Bureau of Prisons to include the defendant's income from all sources, including contributions to his trust account, in determining his monthly restitution obligation, the Court hereby amends its restitution order (ECF No. 92) to require the defendant to pay $40 per month under the IFRP during his term of incarceration.

The Clerk of the Court shall mail a copy of this order to the defendant. The government is directed to ensure that the relevant authority at the defendant's current BOP facility receives this order.

**SO ORDERED** this 31st day of May 2023 at Hartford, Connecticut.

                                              /s/
                                       Michael P. Shea
                                       United States District Judge